# Court of Appeals
# of the State of Georgia

ATLANTA, February 17, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1039.  IN THE INTEREST OF: D. S., T. D., AND C. S., CHILDREN (MOTHER).**

The mother of D. S., T. D., and C. S. has filed a direct appeal from the juvenile court's order denying her motion for new trial in this termination of parental rights case.  Under OCGA § 5-6-35 (a) (12), however, appeals from orders terminating parental rights must be made by filing an application for discretionary review. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 02/17/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*